UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

COREY N. HOFFERT and CLARISSA HOFFERT, )
       Plaintiffs, )
       ) No. 1:12-cv-399
-v- )
       ) HONORABLE PAUL L. MALONEY
CITIMORTGAGE, INC. and FEDERAL )
NATIONAL MORTGAGE ASSOCIATION, )
       Defendants. )
_____)

## JUDGMENT

Having granting Defendants' motion for summary judgment and having dismissed all pending claims in the complaint, as required by Fed. R. Civ. P. 58, **JUDGMENT** enters in favor of Defendants and against Plaintiffs.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:  April 22, 2013                          /s/ Paul L. Maloney
                                                          Paul L. Maloney
                                                          Chief United States District Judge