UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

COREY N. HOFFERT, et al.

    Plaintiffs,

v.

CITIMORTGAGE, INC., et al.

    Defendants.
_____/

HONORABLE PAUL L. MALONEY

Case No. 1:12-cv-399

**ORDER DENYING STIPULATED ORDER DISMISSING PLAINTIFF'S COMPLAINT**

The records for this case reflect that on April 22, 2013, an opinion and order issued that denied defendants' motion to dismiss and granted defendants' motion for summary judgment (ECF No. 31). Judgment in favor of the defendants and against the plaintiffs also entered (ECF No. 32) and the case was promptly closed. Presently before the Court is a stipulation between the parties to dismiss the plaintiffs' complaint with prejudice and without costs and attorney fees to any party (ECF No. 33). The Court will not approve this stipulation as judgment has entered against the plaintiffs and the case is already closed. Accordingly,

**IT IS HEREBY ORDERED** that the stipulation between the parties to dismiss the plaintiffs' complaint with prejudice and without costs and attorney fees to any party (ECF No. 33) is **DENIED**.

Date: May 21, 2013

    /s/ Paul L. Maloney
    Paul L. Maloney
    Chief United States District Judge